# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**BRUNELLA MILANO,**  Case No.:

    Plaintiff,

vs.

**UNITED STATES OF AMERICA,**

    Defendant.
_____/

## COMPLAINT

The Plaintiff, BRUNELLA MILANO, hereby sues the Defendant, UNITED STATES OF AMERICA (hereinafter "U.S.A."), and alleges:

1. This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. This Court has jurisdiction under the Federal Tort Claims Act and the provisions of 28 U.S.C. §1346(b)(1) in that this is a claim against the Defendant, United States of America, for money damages, for injury caused by the negligent or wrongful acts or omissions of a employee of the United States Government while acting within the course and scope of his employment, under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff.

3. Jurisdiction founded upon the federal law is proper in that this action is premised upon federal causes of action under the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. § 2671, et. seq.

4. Pursuant to the provisions of 28 U.S.C. §2675(a) and 28 U.S.C. §2401(b), the Plaintiff provided written notice, thru a Standard Form 95, to the appropriate federal agency within two years of her claim accruing, of her claim for money damages, which was accepted by the federal agency on March 29, 2019. See Exhibit **"A."**

5. On March 29, 2021, the federal agency made a final disposition/denial of the Plaintiff's claim. A period of not more than six months has transpired since the final disposition/denial notice was given by the federal agency. Accordingly, under 28 U.S.C. §2401(b), Plaintiff's tort claim against Defendant is timely.

6. Venue is proper is this district pursuant to 28 U.S.C. §1402(b), as the Plaintiff resides in the jurisdiction and the act or omission complained of occurred in the jurisdiction, namely Lake County, Florida.

7. On January 17, 2018, Ramon Torres operated a motor vehicle owned by the United States Postal Service, an agency or subdivision of the U.S.A.

8. On that date, Ramon Torres operated the motor vehicle with the knowledge, authority, consent or permission of the United States Postal Service, an agency or subdivision of the U.S.A.

9. At all times material hereto, Ramon Torres was an agent, servant, or employee of the United States Postal Service, and was acting in the course and scope of his agency, service or employment with the United States Postal Service, an agency or subdivision of the U.S.A.

10. On January 17, 2018, Ramon Torres, was operating the motor vehicle owned by the United States Postal Service at or near 11th Ave. W. and Alexander Street, in Mount Dora, Lake County, Florida.

11. On January 17, 2018, Plaintiff, Brunella Milano, was operating a motor vehicle, owned by her, at or near 11th Ave. W. and Alexander Street, in Mount Dora, Lake County, Florida.

12. At that time and place, Ramon Torres, owed a duty to Plaintiff, Brunella Milano, to operate the motor vehicle he was driving in a reasonably safe manner.

13. At that time and place, Ramon Torres, breached his duty by negligently and carelessly operating and/or maintaining the motor vehicle he was driving so as to collide with the motor vehicle which Plaintiff, Brunella Milano, was operating.

14. The negligence of the Defendant's employee, Ramon Torres, as described above, caused or contributed to the injuries and/or damages sustained by Plaintiff.

15. As a direct result and cause of the negligence of the Defendant, the Plaintiff, Brunella Milano, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, activation of a latent defect, aggravation of a previously existing condition, loss of capacity for the enjoyment of life, expense of medical and nursing care and treatment, lost wages and loss of ability to earn money. These losses are either permanent or continuing, and Plaintiff will continue to suffer these losses in the future.

**WHEREFORE**, the Plaintiff, Brunella Milano, demands judgment for damages, costs and, to the extent allowed by law, prejudgment interest against the Defendant, U.S.A.

Respectfully submitted this 9th day of September, 2021.

                                                ***/s/ Joseph F. Scarpa, Jr.***
                                                Joseph F. Scarpa, Jr., Esq.
                                                Florida Bar No.: 351880
                                                DAN NEWLIN INJURY ATTORNEYS
                                                7335 W. Sand Lake Road, Suite 300
                                                Orlando, FL 32819
                                                Tel: (407) 878-1670
                                                Fax: (321) 251-2515
                                                Joseph.Scarpa@newlinlaw.com
                                                Tanya.Otero@newlinlaw.com
                                                Sharon.White@newlinlaw.com